UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-36428 |
|---|---|
| DIANNA WELKER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 18 | HOUSEHOLD BANK SB NA<br>BOX 98724<br>LAS VEGAS, NV  89193 | 63.99 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service 04-36428

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DIANNA WELKER
619 E FRANKLIN ST
TROY, OH  45373

DAVID L MIKEL
210 W MAIN ST
TROY, OH  45373

(22.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(25.1n)
F MARK MAIER
DYER, GAROF, MANN,& SCHULTZ  1
131 N LUDLOW ST  STE 1400
DAYTON, OH  45402

(18.1)
HOUSEHOLD BANK SB NA
BOX 98724
LAS VEGAS, NV  89193

Jeffrey M. Kellner BY   ___/s/ Jeffrey M. Kellner_____   cs